IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBRA F. MEADOWS                          :
                                          :
                                          :
    v.                                    :   Civil Action No. DKC 16-2897
                                          :
CHARLES COUNTY SCHOOL BOARD OF            :
EDUCATION, et al.                         :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 16th day of June, 2017, by the United States District Court for the District of Maryland, ORDERED that:

1. The motions for leave to amend filed by Plaintiff Debra Meadows (ECF Nos. 52; 62) BE, and the same hereby ARE, DENIED without prejudice;

2. Plaintiff is ORDERED to show cause why Defendant "Keller III Bus Service Incorporated" should not be dismissed and to identify any other defendants that she attempted to bring this suit against within fourteen (14) days;

3. The motion to dismiss filed by Defendant Helen E. Keller (ECF No. 22) BE, and the same hereby IS, GRANTED;

4. Plaintiff Debra Meadows's Title VII and ADA claims against Ms. Keller BE, and the same hereby ARE, DISMISSED;

5. The motion for summary judgment filed by Defendant Charles County Board of Education (the "Board") (ECF No. 48) BE, and the same hereby IS, GRANTED;

6. JUDGMENT BE, and the same hereby IS, ENTERED against Plaintiff Debra Meadows and in favor of the Board on all Title VII and ADA claims in the complaint; and

7. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for Defendants and directly to *pro se* Plaintiff.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge